25359. HOLT *v.* THE STATE.

BROYLES, C. J. Since all persons who aid and abet another in the commission of a misdemeanor are guilty as principals, the evidence amply authorized the defendant's conviction of the offense of possessing whisky; and the grounds of the motion for a new trial show no cause for reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 9, 1936.

*L. M. Wyatt, L. R. Morgan,* for plaintiff in error.
*L. L. Meadors, solicitor,* contra.